UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK TERRELL BENSON,

　　　　　　　Plaintiff,

　　　v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

　　　　　　　Defendants.

Case No. 4:25-cv-10631-KAW

**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 4

Plaintiff filed this civil action and an application to proceed in forma pauperis ("IFP"). On December 15, 2025, the Court denied the IFP application, and Plaintiff was ordered to pay the filing fee by January 30, 2026. (Dkt. No. 4.) To date, Plaintiff has not paid the filing fee.

Accordingly, the Court ORDERS Plaintiff to show cause, by **March 27, 2026**, why the case should not be dismissed for failure to pay the filing fee. In responding, Plaintiff must explain why he did not pay the filing fee as ordered. Additionally, by **March 27, 2026**, Plaintiff is ordered to pay the filing fee of $405. Failure to respond to the order to show cause and pay the filing may result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed without prejudice for failure to pay the filing fee.

Additionally, Plaintiff is advised of his obligation to include his mailing address on the first page of each filing pursuant to Civil Local Rule 3-4(a). Plaintiff did not include his personal address, so the Court has been serving notices on the employers listed in his IFP application.

//

//

//

//

United States District Court
Northern District of California

Finally, the Court continues the March 17, 2026 case management conference to June 16, 2026 at 1:30 PM via videoconference.  The joint case management statement is due on or before June 9, 2026.

IT IS SO ORDERED.

Dated: March 5, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2