UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK TERRELL BENSON,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 4:25-cv-10631-KAW

**SECOND ORDER TO SHOW CAUSE**

Re: Dkt. No. 5

Plaintiff filed this civil action and an application to proceed in forma pauperis ("IFP"). On December 15, 2025, the Court denied the IFP application, and Plaintiff was ordered to pay the filing fee by January 30, 2026. (Dkt. No. 4.) Plaintiff did not pay the filing fee as ordered. On March 5, 2026, the Court issued an order to show cause to Plaintiff and continued the case management conference to June 9, 2026. (Dkt. No. 5.) A copy of this order was sent to Plaintiff via U.S. Mail, but it was returned as undeliverable. (Dkt. No. 7.)

On March 12, 2026, Plaintiff filed a motion to stay the proceedings and to request an extension of time to serve Defendants. (Dkt. No. 6.)[1] Summons has not issued because Plaintiff has not paid the filing fee, so service is currently not proper.

Accordingly, the Court issues a SECOND ORDER TO SHOW CAUSE to Plaintiff to explain why the case should not be dismissed for failure to pay the filing fee. In responding, Plaintiff must explain why he did not pay the filing fee as ordered. Additionally, Plaintiff is ordered to pay the filing fee of $405. Plaintiff shall pay the filing fee and respond to this order to show cause by **April 30, 2026.** Failure to respond to the second order to show cause and pay the

---

[1] Plaintiff provided an updated mailing address in connection with this filing.

filing <u>will</u> result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed without prejudice for failure to pay the filing fee.

Finally, the Clerk shall include a courtesy copy of the March 5, 2026 order to show cause (Dkt. No. 5) when serving this order on Plaintiff via U.S. Mail.

IT IS SO ORDERED.

Dated: April 7, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2